order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PATRICK SULLIVAN, Respondent, v. YELLOW TAXI CORPORATION, Appellant, — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BERNARD LANDOW and Another, Respondents, v. JAMES P. LINAHAN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LILIAN SALMOND, Respondent, v. FELIX SALMOND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DOMINIC L. O'REILLY, as Receiver in Supplementary Proceedings of the Property of THEODORE JAFFE, Respondent, v. THEODORE JAFFE and DORA JAFFE, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WALDEN ARMS, INC., Appellant, v. JACOB A. BERNSTEIN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The person sought to be brought in as an additional party defendant is not a person who is or will be liable over to the defendant within the meaning of section 193 of the Civil Practice Act.* Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents.

LENA KATZ, Appellant, v. JACOB A. BERNSTEIN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The person sought to be brought in as an additional party defendant is not a person who is or will be liable over to the defendant within the meaning of section 193 of the Civil Practice Act.* Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents.

SANDOR S. KLEIN, Respondent, v. BEATRICE A. KLEIN, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of SAMUEL RUBIN, Appellant, to Compel DAVID L. DELMAN, Respondent, etc., to Pay over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WALMOR, INC., Appellant, v. FREUDLAIT CONSTRUCTION COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Assignment for the Benefit of Creditors of RALPH BLOOM & Co., INC., Assignor, to ISADORE GOMBERG, Assignee, Appellant. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SADIE KAPLAN, as Administratrix, etc., of HARRY KAPLAN, Deceased, Appellant, v. CALVIN MORRIS CORPORATION, Respondent.— Order affirmed, with ten

---

* Amd. by Laws of 1923, chap. 250.— [REP.